## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**vs.**                    **No.: 4:19CR00572-13 KGB**

**TEZZERA MARIE ROBERTS**                                         **DEFENDANT**

### DEFENDANT TEZZERA MARIE ROBERTS' MOTION FOR CONTINUANCE

Comes now, Defendant Tezzera Marie Roberts, by and through her legal counsel, Eric Spencer Buchanan of The Buchanan Firm, P.A., and for her Motion for Continuance, states as follows:

1. This matter is set for jury trial on November 25, 2019.

2. Counsel was appointed in this matter on or about October 24, 2019.

3. This matter requires additional time for discovery and preparation.

4. This motion is brought in good faith and not for the purpose of delay or any other improper purpose.

5. This matter has not previously been continued.

6. No prejudice will result from the granting of a continuance, as such time would be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(G).

7. Counsel has communicated with Assistant United States Attorney Benecia B. Moore; she is authorized to state that the government has no objection to this motion.

8. An Order continuing the trial one hundred twenty (120) days from the present setting is requested in this matter.

WHEREFORE, Defendant prays that this Motion be granted, and for all the other just and appropriate relief to which Defendant is entitled.

    Respectfully submitted,
    The Buchanan Firm, P.A.

    /s/ Eric Spencer Buchanan
    Eric Spencer Buchanan, Esq.
    AR Bar No. 94-151
    P.O. Box 166643
    Little Rock, AR 72216
    (501) 376-7540
    Eric.Buchanan@TheBuchananFirm.com
    Attorney for Defendant, Tezzera M. Roberts